Luci Borkowski, as Administratrix, etc., of Gene Borkowski, Deceased, Respondent, v. Marvin Bacon and Robert Bacon, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

11 West 42nd Street, Inc., Appellant, v. Albrecht's Retail Stores, Inc., and Others, Respondents, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by granting in addition to the items allowed,

items 1 to 4, and discovery and inspection accordingly, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.